Veraso Med. Supply Corp. v State Farm Mut. Auto. Ins. Co. (2022 NY Slip Op
50584(U))

[*1]

Veraso Med. Supply Corp. v State Farm Mut. Auto. Ins. Co.

2022 NY Slip Op 50584(U) [75 Misc 3d 139(A)]

Decided on June 10, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 10, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-467 K C

Veraso Medical Supply Corp., as Assignee
of Gomez, Nelson, Appellant, 
against
State Farm Mutual Automobile Ins. Co., Respondent.

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Carolyn
Walker-Diallo, J.), entered March 15, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint and denied plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order which granted defendant's motion for summary judgment dismissing the complaint
and denied plaintiff's cross motion for summary judgment.
Contrary to plaintiff's sole contention on appeal with respect to defendant's motion, the
affidavit submitted by plaintiff in opposition to defendant's motion was insufficient to
demonstrate the existence of an issue of fact (see CPM Med Supply, Inc. v State Farm Fire & Cas. Ins. Co., 63
Misc 3d 140[A], 2019 NY Slip Op 50576[U] [App Term, 2d Dept, 2d, 11th & 13th Jud
Dists 2019]; D & R Med. Supply v
American Tr. Ins. Co., 32 Misc 3d 144[A], 2011 NY Slip Op 51727[U] [App Term, 2d
Dept, 2d, 11th & 13th Jud Dists 2011]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 10, 2022